**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6825**

———————

WILLIAM G. HARDEN,

Plaintiff - Appellant,

versus

CRAIG M. MOORE; JOHN C. BLACK; DEPUTY PACK;
DEPUTY HAUSER; SERGEANT GRIFFIN; SERGEANT
BAKER; MASTER DEPUTY GALE; MASTER DEPUTY J. A.
ROBERTSON; ETTAPHINE P. JAMES-REID; JOYCE L.
KROLAK,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Matthew J. Perry, Jr., Senior Dis-
trict Judge.  (CA-99-498-6)

———————

Submitted:  September 30, 1999       Decided:  October 7, 1999

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William G. Harden, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William G. Harden appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Harden v. Moore, No. CA-99-498-6 (D.S.C. May 28, 1999). We deny Harden's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED